

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brown | Civil Action No.   11-cv-02538-L-BGS |
| Plaintiff, | |
| V. | |
| Midland Funding, LLC et al | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff is awarded $2,127.60 in attorneys fees and $350.00 in costs for a total of $2,477.60

Date:       1/14/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/  S. Tweedle
                                    S. Tweedle, Deputy